IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLE KEAGY,<br><br>      Plaintiff,<br><br>v.<br><br>BAE SYSTEMS LAND AND ARMAMENTS L.P.,<br><br>      Defendant. | Case No.  1:21-cv-01842-JPW<br><br>Judge Jennifer P. Wilson |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties to this action, Plaintiff Cole Keagy ("Plaintiff") and Defendant BAE Systems Land and Armaments L.P., stipulating to the dismissal with prejudice of Plaintiff's Complaint (Doc. No. 1) ("Complaint");

**IT IS HEREBY ORDERED** that Plaintiff's Complaint shall be and hereby is dismissed with prejudice and without costs or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated:  December 16, 2021

                                                                    s/ Jennifer P. Wilson
                                                                United States District Judge